Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | ShotStop Ballistics LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-3657416 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4319 Lorwood Drive <br> Stow, OH 44224 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Summit <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. Check *all* that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ | |
| District _____ | When _____ | Case number _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000
☐ 50-99    ☐ 5001-10,000    ☐ 50,001-100,000
☒ 100-199    ☐ 10,001-25,000    ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
☒ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☒ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 3, 2024
<br>               MM / DD / YYYY

**X** /s/   Vall Iliev                                  Vall Iliev
<br>    Signature of authorized representative of debtor           Printed name

Title    President and Majority Owner

**18. Signature of attorney**

**X** /s/ Peter Tsarnas                  Date   May 3, 2024
<br>    Signature of attorney for debtor                         MM / DD / YYYY

Peter Tsarnas 0076934
<br>Printed name

Gertz and Rosen, Ltd.
<br>Firm name

159 S. Main Street, Suite 400
<br>Akron, OH 44308
<br>Number, Street, City, State & ZIP Code

Contact phone   (330) 255-0735      Email address   ptsarnas@gertzrosen.com

0076934 OH
<br>Bar number and State

Fill in this information to identify the case:

Debtor name    ShotStop Ballistics LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO, AKRON DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 3, 2024      **X** /s/  Vall Iliev
                                               Signature of individual signing on behalf of debtor

                                               Vall Iliev
                                               Printed name

                                               President and Majority Owner
                                               Position or relationship to debtor

Fill in this information to identify the case:

Debtor name     ShotStop Ballistics LLC

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF OHIO, AKRON DIVISION

Case number (if known)     _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................   $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................................   $ _____ 357,015.69

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................................   $ _____ 357,015.69

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____ 0.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$ _____ 642,200.00

4.  **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b   $ _____ 642,200.00

Fill in this information to identify the case:

Debtor name    ShotStop Ballistics LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO, AKRON DIVISION

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.   Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | KeyBank | Checking | 9207 | $50,418.95 |
| 3.2. | KeyBank | Checking | 1489 | $40,070.06 |
| 3.3. | KeyBank | Checking | 0114 | $4,980.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      | $95,469.01 |

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No.   Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No.   Go to Part 4.
   ☒ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

11.     **Accounts receivable**

        11b. Over 90 days old:    1,046,187.00    -    784,640.32    =...    $261,546.68
                                  face amount           doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                    $261,546.68
        Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.     **Mutual funds or publicly traded stocks not included in Part 1**
        Name of fund or stock:

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
        Name of entity:                          % of ownership

        15.1.   Ballistic Board LLC - EIN 93-1721704     100   %                         Unknown

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
        Describe:

17.     **Total of Part 4.**                                                    $0.00
        Add lines 14 through 16.   Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Various Patents, Patents Pending and Trademarks | $0.00 | | Unknown |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                    $0.00

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☒ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☒ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $95,469.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $261,546.68 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $357,015.69 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $357,015.69 |

**Fill in this information to identify the case:**

Debtor name    ShotStop Ballistics LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO, AKRON DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

     ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name    ShotStop Ballistics LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO, AKRON DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☒ No. Go to Part 2.
    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|
| 3.1 | Aaron T. Rood<br>22683 Meadowhill Lane<br>Rocky River, OH 44116 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 26500 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.2 | Alex Milluzzi<br>26095 Nichols Road<br>Columbia Station, OH 44028 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown |
| | **Date(s) debt was incurred** 7/20/22 | **Basis for the claim:** Lawsuits | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.3 | Alexd Milluzzi IRA<br>28011 Clemens Rd., Suite B<br>Westlake, OH 44145 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 16,000 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.4 | Alfred W Wevers IV<br>234 Fonderlack Dr., SE<br>Warren, OH 44484 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 12,440 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.5 | Alice A. Frazier<br>16061 Beaver Pike<br>Jackson, OH 45640 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 15,000 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Alison D. Mueller IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Investor Units: 56,770

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Amy Beth Davis
10826 Root Rd.
Columbia Station, OH 44028

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Investor Units: 15,000

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Andrea Hauserman IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Investor Units: 51,900

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Andrej Lah Roth IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Investor Units: 25000

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Andrew White
306 Braxton Meadow Dr.
Simpsonville, SC 29681

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Investor Units: 71,650

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Ann Shanley Roth IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Investor Units: 6,220

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Anthony Adornetto IRAS
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Investor Units: 6,220

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Ashley Geiber IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Investor Units: 17400

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | ShotStop Ballistics LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Barry Geiber IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 50000

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Benjamin Ihde
18365 Howe Rd
Strongsville, OH 44136

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 25000

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Beverly A Ulbrich
5900 Valley Pkwy
North Royalton, OH 44133

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 25000

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Blackfork Properties, LTD
378 Fox Rd.
Mansfield, OH 44904

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 12440

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Brian C Studer
4033 East Lake Rd.
Sheffield Lake, OH 44054

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 121650

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Brian Gilchrist IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 80000

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Brian M Jedinak Revocable Trst 10/2/2007
10726 Johnsford Rd., SW
Beach City, OH 44608-9717

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 65550

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Bryan Schneider IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 18660

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | ShotStop Ballistics LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address**
Carolyn Bunny Welsh
43 Blue Stone Dr.
Chadds Ford, PA 19317

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Investor Units: 9330

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.23** | **Nonpriority creditor's name and mailing address**
Chad M Gavorski IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Investor Units: 8708

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.24** | **Nonpriority creditor's name and mailing address**
Charles Langmac IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Investor Units: 24880

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.25** | **Nonpriority creditor's name and mailing address**
Charles M Ottman
3138 Stockridge Rd
Stow, OH 44224

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Investor Units: 25000

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.26** | **Nonpriority creditor's name and mailing address**
Charles Reese IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Investor Units: 15000

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.27** | **Nonpriority creditor's name and mailing address**
Christine Roth
7090 Fitch Rd.
Olmsted Falls, OH 44138

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Investor Units: 16078

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.28** | **Nonpriority creditor's name and mailing address**
CJ Partnership
Jonathan Haines
1420 River Trail Dr
Kent, OH 44240

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Investor Units: 15000

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.29** | **Nonpriority creditor's name and mailing address**
Clare Gales TTEE MGCG LLC 401k
28011 Clemens Rd., Ste B
Westlake, OH 44145

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Investor Units: 25000

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.30**

**Nonpriority creditor's name and mailing address**
CR Partnership
Christopher D Bongiorni
1401 River Trail Dr.
Kent, OH 44240

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Units: 15000_

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.31**

**Nonpriority creditor's name and mailing address**
D. Gregory Steliotes
332 Macintosh Dr.
Mars, PA 16046

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Units: 46650_

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.32**

**Nonpriority creditor's name and mailing address**
Daniel Portik IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Units: 4976_

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.33**

**Nonpriority creditor's name and mailing address**
Daniel R. Keating IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Units: 12500_

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.34**

**Nonpriority creditor's name and mailing address**
Danielle Kreinbrink IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Units: 54000_

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.35**

**Nonpriority creditor's name and mailing address**
Danielle M. Kreinbrink
3390 Burgundy Circle
Avon, OH 44011

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Units: 62200_

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.36**

**Nonpriority creditor's name and mailing address**
David A. Score
813 East 20th ave
New Smyrna Beach, FL 32169

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Units: 23000_

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.37**

**Nonpriority creditor's name and mailing address**
Dennis Chamberlin IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Units: 40000_

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

| Debtor | ShotStop Ballistics LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Dennis Mauk IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 6220

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Derek M. Gales IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 10000

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Destinie Peterson
24570 West River Rd.
Perrysburg, OH 43551

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 6220

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Douglas R Young
897 Spicer Lane
Sagamore Hills, OH 44067

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 50000

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Edwin James Reese IV IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 25000

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Elizabeth Powell Dadrie Roth IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 50000

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Evan W. Fleisher
6902 West Clinton Ave
Cleveland, OH 44102

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 25000

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Fish Funding LLC
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 25000

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | ShotStop Ballistics LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address**<br>Focus to Evolve LLC<br>948 Hemlock Lane<br>Northfield, OH 44067-2235 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _Investor Units: 15000_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address**<br>G. Anne DePhillips<br>10793 Waterfall Rd.<br>Strongsville, OH 44149 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _Investor Units: 32156_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address**<br>Garcon Weiss Trst Thomas Stickney TTEE<br>Thomas Stickney<br>2006 Detroit Rd., #200<br>Rocky River, OH 44116 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _Investor Units: 120000_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address**<br>GFInvest LLC<br>Attn: Jonathan Geiber<br>19 Westridge Dr.<br>West Hartford, CT 06117 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _Investor Units: 33000_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address**<br>Glenn Lytle Jr IRA<br>28011 Clemens Rd., Ste B<br>Westlake, OH 44145 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _Investor Units: 25000_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address**<br>Greene Family Trust<br>17469 Wedgerfield Dr<br>Rock Hill, SC 29732-8111 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _Investor Units: 9330_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address**<br>Gregory O'Brien<br>16570 Mohican Trl<br>Chagrin Falls, OH 44023 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _Investor Units: 25000_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address**<br>Gregory R. Robb IRA<br>28011 Clemens Rd., Ste B<br>Westlake, OH 44145 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _Investor Units: 9330_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Gregory Robb
986 Nathan Dr.
Kent, OH 44240

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units:  27990

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Harlan Wilk
829 Martindale Dr.
Tallmadge, OH 44278

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 25000

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Heath B Sunkle
2587 Pointewood Loop
Galena, OH 43021-8576

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 10000

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Ignite Investment
Jill Banner
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 232056

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

IPlanGroup Agent for Custodian FBO Alex
28011 Clemens Rd, Suite B
Westlake, OH 44145

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 7/22/22

**Last 4 digits of account number** _

**Basis for the claim:** Lawsuits

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

J&U Partnership
Jonathan Haines
1420 River Trail Dr.
Kent, OH 44240

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 15000

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jack Duncan Investments
7112 Chadwood Lane Apt 2C
Columbus, OH 43235

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 9330

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

James and Alice Mecredy Charitble Trust
Thomas Stickney, Trustee
2006 Detroit Rd., Ste 200
Rocky River, OH 44116

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 3500

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address**<br>James Irvine<br>16435 Selby Circle<br>Strongsville, OH 44136 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Investor Units: 15500 _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address**<br>James Irvine IRA<br>28011 Clemens Rd., Ste B<br>Westlake, OH 44145 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Investor Units: 31100 _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address**<br>James M. Davis<br>34 W. Aurora ZRd.<br>Northfield, OH 44067 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Investor Units: 50000 _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address**<br>Janet W. Bergan<br>32235 Country Club Dr.<br>Avon Lake, OH 44012 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Investor Units: 15000 _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address**<br>Jason Banner IRA<br>28011 Clemens Rd., Ste B<br>Westlake, OH 44145 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Investor Units: 26830 _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address**<br>Jaswon Henkel<br>948 Hemlock Lane<br>Northfield, OH 44067 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Investor Units: 197000 _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address**<br>Jeff Leciejewski<br>2041 Arthur Ave<br>Lakewood, OH 44107 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Investor Units: 65000 _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address**<br>Jeff Leciejewski IRA<br>28011 Clemens Rd., Ste B<br>Westlake, OH 44145 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Investor Units: 49330 _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Jeffrey Capiocco IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 99999

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Jennifer Malcolm
9584 Taberna Lane
Olmsted Falls, OH 44138

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 15550

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Jeremy Henkel
6501 Red Hook Plaza, Ste 201
St Thomas, VI 00802

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 50000

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Jeremy J Onky
6545 Ruth Dr.
Independence, OH 44131

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 30000

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Jerry Hughes IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 29650

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Jesse G Watts
24518 Ronan Rd.
Bedford, OH 44146

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 25000

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Jill Banner
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 25000

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

John A. D. Hamilton
266 Elmwood Ave, #212
Buffalo, NY 14222

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 57830

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|---|---|---|
| | John Boyle IRA<br>28011 Clemens Rd., Ste B<br>Westlake, OH 44145 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 15550 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|---|---|---|
| | John D Gugliotta<br>3020 W Market St.<br>Akron, OH 44333 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 75000 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|---|---|---|
| | John Hamilton Roth IRA<br>28011 Clemens Rd., Ste B<br>Westlake, OH 44145 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 22000 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|---|---|---|
| | John J Alberty<br>14899 Lancelot Lane W<br>North Royalton, OH 44133 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 15550 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|---|---|---|
| | Joltcms Holding Company LLC<br>2376 Grant Ave.<br>Cuyahoga Falls, OH 44223 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 57000 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|---|---|---|
| | Joseph A. Corradetti<br>5512 Turnberry Ln<br>Cleveland, OH 44143-2113 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 16000 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|---|---|---|
| | Joseph D Carney IRA<br>28011Clemens Rd., Ste B<br>Westlake, OH 44145 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 15000 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|---|---|---|
| | Joseph Evinsky II IRA<br>28011 Clemens Rd., Ste B<br>Westlake, OH 44145 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 27003 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | ShotStop Ballistics LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Justin Gates
1501 Jacobs Ln
Kent, OH 44240

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: Investor Units: 42440
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Karen A. Keating ROTH IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: Investor Units: 31160
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Karen E. Timko ROTH IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: Investor Units: 50000
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Kari Simeone
4684 Crew Hood Rd
Girard, OH 44420

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: Investor Units: 15000
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Karl E. Krauss
4419 E Lake Rd.
Sheffield Lake, OH 44054

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: Investor Units: 112200
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Kathy Torok
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: Investor Units: 46220
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Khoury Family Revocable Living Trust
Habib J. Khoury, Co-Trustee
30604 Royal Woods Pl
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: Investor Units: 50000
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Kim Cahuas 401(k)
Kim Cahus TTEE
Western Reserve Te3chnology Ltd 401(k)
34194 Aurora Rd., #200
Solon, OH 44139

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: Investor Units: 96635
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.94**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| Kim Cahus Roth IRA<br>28011 Clemens Rd., Ste B<br>Westlake, OH 44145 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** | **Basis for the claim:** Investor Units: 28915 | |
| **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.95**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| Lantern Waste, LLC<br>Thomas Stickney<br>20006 Detroit Rd., Ste 200<br>Rocky River, OH 44116 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** | **Basis for the claim:** Investor Units: 50000 | |
| **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.96**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| Lantern WEaste LLC<br>Attn: Thomas Stickney<br>20006 Detroit Rd., Ste 200<br>Westlake, OH 44145 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** | **Basis for the claim:** Investor Units: 45000 | |
| **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.97**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| Larry D. Giovinazzo<br>PO Box 682<br>Kent, OH 44240 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** | **Basis for the claim:** Investor Units: 24330 | |
| **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.98**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| Larry Moore Investments<br>24570 West River Rd<br>Perrysburg, OH 43551 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** | **Basis for the claim:** Investor Units: 40000 | |
| **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.99**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| Lena Owens-Craig<br>1508 Pine St.<br>Ada, OK 74820 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** | **Basis for the claim:** Investor Units: 15000 | |
| **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.100**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| Linda A. Alberty<br>8056 Long Forest Dr.<br>Brecksville, OH 44141 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** | **Basis for the claim:** Investor Units: 15550 | |
| **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.101**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| Linda Habinak IRA<br>28011 Clemens Rd., Ste B<br>Westlake, OH 44145 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** | **Basis for the claim:** Investor Units: 15550 | |
| **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.102**

**Nonpriority creditor's name and mailing address**
Linda Kay Coleman
8803 Appleseed Dr
Cincinnati, OH 45249

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Units: 15000

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.103**

**Nonpriority creditor's name and mailing address**
Lindsay Cipriano IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Units: 3110

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.104**

**Nonpriority creditor's name and mailing address**
LJ3 Ltd
Jonathan P. Lewis
PO Box 29
Bluffton, OH 45817

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Units: 30000

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.105**

**Nonpriority creditor's name and mailing address**
Lonnie Geiber and Karen E. Timko
19 Hastings Turn
Avon, CT 06001-2441

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Units: 30000

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.106**

**Nonpriority creditor's name and mailing address**
Loren David DeFrench, Jr.
72 Kennedy Blvd
Northfield, OH 44067

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Units: 25000

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.107**

**Nonpriority creditor's name and mailing address**
Louis R. Forbrich, III
430 Inspiration Lane
Gaithersburg, MD 20878

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Units: 25000

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.108**

**Nonpriority creditor's name and mailing address**
Lynn Schreiber
2734 Weymouth Rd.
Medina, OH 44256

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Units: 25000

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.109**

**Nonpriority creditor's name and mailing address**
M & M Management Solutions LLC
355 Crossbrook Drive
Berea, OH 44017

**Date(s) debt was incurred** 7/22/22

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Lawsuits

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| Debtor | ShotStop Ballistics LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.110**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|
| M&M Management Solutions, LLC<br>Chritopher Mokris<br>355 Crossbrook Dr.<br>Berea, OH 44017 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 15000 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.111**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|
| Margaret Warner IRS<br>28011 Clemens Rd., Ste B<br>Westlake, OH 44145 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 6220 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.112**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|
| Margarita Geller IRA<br>28011 Clemens Rd., Ste B<br>Westlake, OH 44145 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 22201 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.113**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|
| Margarita I Geller<br>CMR 467 Box 3325<br>APO, AE 09096 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 5000 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.114**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|
| Mark DePhillips<br>1799 Farrs Garden Path<br>Westlake, OH 44145 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 25000 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.115**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|
| Mark J. Valponi Trust dated 9/28/17<br>Mark J. Valponi, Trustee<br>4795 East Lake Rd.<br>Sheffield Lake, OH 44054 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 25000 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.116**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|
| Mark Wasylyshyn<br>MGW Rentals LLC<br>21630 Carter Rd<br>Bowling Green, OH 43402 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 15000 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.117**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|
| Marsha K. Ferrel<br>2872 Canterbury Rd.<br>Westlake, OH 44145 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 25000 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | ShotStop Ballistics LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
---|---|---|---

Martin Tarr
16213 Marquis Ave.
Cleveland, OH 44111

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Investor Units: 15000

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Mary Greenlee Roth IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Investor Units: 15550

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Mary Liko IRA
28011Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Investor Units: 50000

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Matthew Hampton
PO Box 5617
   37884

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Investor Units: 50000

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Maureen P. Lynn
2289 Stillman Rd.
Cleveland, OH 44118

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Investor Units: 62200

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Max Adam Gucik
8615 Scenic View Dr., Unit 202
Broadview Heights, OH 44147

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Investor Units: 15550

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Maximum Value Partner, LLC
2425 Winesap Dr.
Broadview Heights, OH 44147

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Investor Units: 25000

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

McScott Ltd
485 Riley St.
Bluffton, OH 45817

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Investor Units: 49330

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Michael A. Titus
2732 Albrecht Ave.
Akron, OH 44312

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investor Units: 49880_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Michael Boske
10411 Hoover Ave., NW
Uniontown, OH 44685

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investor Units: 15000_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Michael Gales 401(k)
c/o iPlan Group
Michael Gales, TTEE
MGGG, LLC
20658 Castlemaine Cir
Strongsville, OH 44149

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investor Units: 32000_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Michael Micha IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investor Units: 15550_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Michael POelton IRS
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investor Units: 25000_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Mike Monds
4449 Lynn Rd.
Ravenna, OH 44266

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investor Units: 25000_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Montana Tolle
10806 Northwoods Forest Dr.
Charlotte, NC 28214

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investor Units: 15000_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Neil A. Stallard
8619 Courtand Dr.
Bedford, OH 44146-1237

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investor Units: 100000_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Newbomb Design, LLC
20016 Carolyn Ave.
Rocky River, OH 44116

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** <u>Investor Units: 75000</u>

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

News Venture LLC
12140 Deerfield Dr.
Avon Lake, OH 44012

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** <u>Investor Units: 37320</u>

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

News Ventures LLC
32140 Deerfield Dr.
Avon Lake, OH 44012

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** <u>10/4/21</u>

**Basis for the claim:** <u>Lawsuit</u>

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

OCMIH, LLC
29004 Westwood Rd.
Bay Village, OH 44140

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** <u>Investor Units: 25000</u>

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Parallel Horizons Group LLC
4456 N Abbe Rd, #301
Sheffield Lake, OH 44054

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** <u>Investor Units: 50000</u>

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Patricia Endrei Roth IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** <u>Investor Units: 15000</u>

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Paul E Hochok
7709 Peachmont Ave SW
North Canton, OH 44720

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** <u>Investor Units: 37500</u>

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Paul Endrei Roth IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** <u>Investor Units: 5000</u>

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Rich Bewley<br>38374 Misty Meadow Trail<br>North Ridgeville, OH 44039 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 50000 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Richard Sholtis<br>365 N Pine St.<br>Spangle, WA 99031 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 100000 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Richard Wildman IRA<br>28011 Clemens Rd., Ste B<br>Westlake, OH 44145 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 50000 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Robert Carlson IRA<br>28011 Clemens Rd., Ste B<br>Westlake, OH 44145 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 31100 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Robert D. Frisina<br>30 Jefferson Dr.<br>Hudson, OH 44236 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 9330 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Robert G. Kruty<br>2035 Crocker54 Rd., #103<br>Westlake, OH 44145 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 15000 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Robert Hudy Roth IRA<br>28011 Clemens Rd., Ste B<br>Westlake, OH 44145 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 3110 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Robert J. Sholtis<br>CMR 476 Box 965<br>APO, AE 09096 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor Units: 50000 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Robert Kollar Jr IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 40550

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Robert M. Kaminski
6283 Carol Dr.
Brookpark, OH 44142

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 15000

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Roger Burzanko IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 50000

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Ronald I Koehnle Trust
Ronald L Koehnle
945 Creek View Dr.
Aurora, OH 44202

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 15550

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Russel J. Schneider Jr
3534 Perry Ct.
Lorain, OH 44053

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 9330

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Ryan S. Berry Roth IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 30000

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Samuel E Milliron
72 Tinley Park Circle
Delaware, OH 43015-7066

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 9330

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Samuel J. Williams
63 Gaylord Dr.
Munroe Falls, OH 44262-1111

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 6220

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | ShotStop Ballistics LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.158** | Nonpriority creditor's name and mailing address
SFW-SSB Investments LLC
6610 Morningside Dr.
Brecksville, OH 44141

**As of the petition filing date, the claim is:** Check all that apply.                    Unknown

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 50000

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address
Shot Shop Investments LLC
Attn: John Ziss
5001 Chloe Ln
Mechanicsburg, PA 17050

**As of the petition filing date, the claim is:** Check all that apply.                    Unknown

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 40000

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address
Speedy Investments LLC
Jonathan Lewis
PO Box 29
Bluffton, OH 45817

**As of the petition filing date, the claim is:** Check all that apply.                    Unknown

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 124000

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address
Stealth Ventures, LLC
Attn: Craig Sturgill
382 NE 191st St., #81503
Miami, FL 33179

**As of the petition filing date, the claim is:** Check all that apply.                    Unknown

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 12440

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address
SteLee Enterprise, Inc
Steven Englehart
1881 W. Walling Rd.
Broadview Heights, OH 44147

**As of the petition filing date, the claim is:** Check all that apply.                    Unknown

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 15000

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address
Stephen A. West
315 Laurel Rd.
Huron, OH 44839

**As of the petition filing date, the claim is:** Check all that apply.                    Unknown

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 9330

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address
Steven Chervak
2227 Kempton Park Circle
Bel Air, MD 21015

**As of the petition filing date, the claim is:** Check all that apply.                    Unknown

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investor Units: 20000

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Steven Englehart IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 15000

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Steven Gelernter
711 Benjamin Franklin Dr
Sarasota, FL 34236

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 25000

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Susan Portik IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 4354

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Tanya Henkel
948 Hemlock Lane
Northfield, OH 44067

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 50000

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

TDPH Partnership
Joshua Dolesh
1 Eagle Valley Ct., #201
Broadview Heights, OH 44147

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 15000

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Terence J. Gliha Roth IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 25000

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Terry A. Hamilton IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 100000

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Thaddeus Kee
6354 Akron Ave NW
Canal Fulton, OH 44614

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor Units: 37500

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

The Martha Ann Weiss Trust
Thomas Stickney, Trustee
2006 Detroit Rd., Ste 200
Rocky River, OH 44116

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investor Units: 75000_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

The Nancie J. Smith Revocable Trust
320009 Shadow Creek Dr.
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investor Units: 25000_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Theodore A. Wojton
8428 Muirland Dr.
Broadview Heights, OH 44147

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investor Units: 25000_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Thomas B Brunt
1106 Pittsburg Ave., NW
North Canton, OH 44720-5894

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investor Units: 15000_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Thomas Ference IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investor Units: 64880_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Thomas G Smith
30409 Hilliard Blvd
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investor Units: 15000_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Thomas J Lee Trad IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investor Units: 25000_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Timothy J Drake
5845 Nicholson Dr.
Hudson, OH 44236

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investor Units: 25000_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

**3.181** | **Nonpriority creditor's name and mailing address**
Tobin J Jurging, Beneficiary of
William Jurging DCD 10/27/18
Inherited IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Investor Units: 37320_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address**
Tobin JU Jurging
6797 Hudson Rd.
Kent, OH 44240

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Investor Units: 50000_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address**
Tod Hulse IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Investor Units: 65000_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address**
Todd Kreinbrink IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Investor Units: 46000_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address**
Tracy L. Sorboro
7544 Tiber Ct.
Macedonia, OH 44056

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Investor Units: 12440_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address**
Troy M. Hawkins
PO Box 23
Delphi, IN 46923

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Investor Units: 15550_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address**
Vall A. Iliev
4323 Lorwood Dr.
Stow, OH 44224

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Investor Units: 9050000_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address**
Vallmar Studios, LLC
4319 Lorwood Drive
Stow, OH 44224

**As of the petition filing date, the claim is:** *Check all that apply.*

$642,200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Rent Due on Sublease_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Walter Grever | ☐ Contingent | |
| | 3790 Meadow Gateway | ☒ Unliquidated | |
| | Broadview Heights, OH 44147 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Investor Units: 15550 | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Will Franklin | ☐ Contingent | |
| | 12506 Beaver Lodge Rd. | ☒ Unliquidated | |
| | Stafford, VA 22556 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Investor Units: 15000 | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Yuri J. Ostapiuk IRA | ☐ Contingent | |
| | 28011 Clemens Rd., Ste B | ☒ Unliquidated | |
| | Westlake, OH 44145 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Investor Units: 81100 | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Wayne Serra<br>377B Lear Rd., Suite 160<br>Avon Lake, OH 44012 | Line 3.2<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | Wayne Serra<br>377B Lear Rd., Suite 160<br>Avon Lake, OH 44012 | Line 3.58<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | Wayne Serra<br>377B Lear Rd., Suite 160<br>Avon Lake, OH 44012 | Line 3.109<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | Wayne Serra<br>377B Lear Rd., Suite 160<br>Avon Lake, OH 44012 | Line 3.136<br><br>☐ Not listed. Explain ____ | __ |

---

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 642,200.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 642,200.00 |

Fill in this information to identify the case:

Debtor name    ShotStop Ballistics LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO, AKRON DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

    **1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

    **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.2 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.3 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.4 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |

Debtor name   **ShotStop Ballistics LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO, AKRON DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $0.00 |
   | For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other _____ | $4,957,908.00 |
   | For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $4,538,883.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing Date | _____ | $0.00 |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | M & M Management Solutions LLC, et al. v. ShotStop Ballistics LLC<br>CV-2022-07-2416 | Declaratory Judgment | Summit County Court of Common Pleas | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | M & M Managemetn Solutions LLC, et al. v. Shotstop Ballistics LLC<br>CV-2021-10-3144 | Breach of Contract | Summit County Court of Common Pleas | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | News Ventures, LLC v. Shotstop Ballistics, LLC<br>CV-2021-10-3133 | Breach of Contract | Summit County Court of Common Pleas | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None.

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| Inventory, Operational Equipment, etc.;<br>All the remaining assets at the premises were confiscated by Federal auhorities. | | 10/18/23 | Unknown |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | Gertz & Rosen, Ltd.<br>159 South Main Street-#400<br>Akron, OH 44308 | Pre-Bankruptcy Services | 12/4/2023 | $20,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Gertz and Rosen, Ltd.<br>159 S. Main Street, Suite 400<br>Akron, OH 44308 | Bankruptcy Attorney Fee | 5/3/2024 | $10,000.00 |
| | **Email or website address**<br>ptsarnas@gertzrosen.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **3** |
| --- | --- | --- |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

24-50656-amk    Doc 1    FILED 05/04/24    ENTERED 05/04/24 18:15:55    Page 41 of 63

---

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | Various Parties | Auction of remaining furniture and<br>equipment | January 2024 | $15,000.00 |
| | Relationship to debtor<br>None | | | |

---

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides<br>meals and housing,<br>number of patients in<br>debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | KeyBank<br>Remaining Funds Transferred to KeyBank Account 9207 | **XXXX**-9991 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 5/3/2024 | $0.00 |
| 18.2. | KeyBank<br>Remaining Funds Transferred to KeyBank Account 9207 | **XXXX**-4327 | ☐ Checking<br>☒ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 5/3/2024 | $0.00 |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Schulte and   Company CPAs 600 SV Cleveland]-Massiillon | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Vall Iliev | | managing member | 50.3% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ May 3, 2024 _____

/s/   Vall Iliev _____         Vall Iliev _____
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    President and Majority Owner _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Ohio, Akron Division

In re  ShotStop Ballistics LLC _____  Case No. _____

_____ Debtor(s)  Chapter  7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................... $ _____10,000.00

   Prior to the filing of this statement I have received ....................................... $ _____10,000.00

   Balance Due ................................................................................................... $ _____0.00

2. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

May 3, 2024
_____
*Date*

/s/ Peter Tsarnas
Peter Tsarnas 0076934
*Signature of Attorney*
Gertz and Rosen, Ltd.
159 S. Main Street, Suite 400
Akron, OH 44308
(330) 255-0735   Fax: (330) 932-2367
ptsarnas@gertzrosen.com
*Name of law firm*

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

24-50656-amk    Doc 1    FILED 05/04/24    ENTERED 05/04/24 18:15:55    Page 47 of 63

**United States Bankruptcy Court**
**Northern District of Ohio, Akron Division**

In re    ShotStop Ballistics LLC                           Case No. _____

                                        Debtor(s)         Chapter     7 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President and Majority Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    May 3, 2024 _____          /s/ Vall Iliev _____

                                                Vall Iliev/President and Majority Owner

                                                Signer/Title

Aaron T. Rood
22683 Meadowhill Lane
Rocky River, OH 44116


Alex Milluzzi
26095 Nichols Road
Columbia Station, OH 44028


Alexd Milluzzi IRA
28011 Clemens Rd., Suite B
Westlake, OH 44145


Alfred W Wevers IV
234 Fonderlack Dr., SE
Warren, OH 44484


Alice A. Frazier
16061 Beaver Pike
Jackson, OH 45640


Alison D. Mueller IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Amy Beth Davis
10826 Root Rd.
Columbia Station, OH 44028


Andrea Hauserman IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Andrej Lah Roth IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Andrew White
306 Braxton Meadow Dr.
Simpsonville, SC 29681


Ann Shanley Roth IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Anthony Adornetto IRAS
28011 Clemens Rd., Ste B
Westlake, OH 44145


Ashley Geiber IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Barry Geiber IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

Benjamin Ihde
18365 Howe Rd
Strongsville, OH 44136


Beverly A Ulbrich
5900 Valley Pkwy
North Royalton, OH 44133


Blackfork Properties, LTD
378 Fox Rd.
Mansfield, OH 44904


Brian C Studer
4033 East Lake Rd.
Sheffield Lake, OH 44054


Brian Gilchrist IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Brian M Jedinak Revocable Trst 10/2/2007
10726 Johnsford Rd., SW
Beach City, OH 44608-9717


Bryan Schneider IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Carolyn Bunny Welsh
43 Blue Stone Dr.
Chadds Ford, PA 19317


Chad M Gavorski IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Charles Langmac IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Charles M Ottman
3138 Stockridge Rd
Stow, OH 44224


Charles Reese IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Christine Roth
7090 Fitch Rd.
Olmsted Falls, OH 44138


CJ Partnership
Jonathan Haines 1420 River Trail Dr
Kent, OH 44240

Clare Gales TTEE MGCG LLC 401k
28011 Clemens Rd., Ste B
Westlake, OH 44145


CR Partnership
Christopher D Bongiorni
1401 River Trail Dr.
Kent, OH 44240


D. Gregory Steliotes
332 Macintosh Dr.
Mars, PA 16046


Daniel Portik IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Daniel R. Keating IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Danielle Kreinbrink IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Danielle M. Kreinbrink
3390 Burgundy Circle
Avon, OH 44011


David A. Score
813 East 20th ave
New Smyrna Beach, FL 32169


Dennis Chamberlin IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Dennis Mauk IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Derek M. Gales IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Destinie Peterson
24570 West River Rd.
Perrysburg, OH 43551


Douglas R Young
897 Spicer Lane
Sagamore Hills, OH 44067


Edwin James Reese IV IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

```
Elizabeth Powell Dadrie Roth IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Evan W. Fleisher
6902 West Clinton Ave
Cleveland, OH 44102


Fish Funding LLC
28011 Clemens Rd., Ste B
Westlake, OH 44145


Focus to Evolve LLC
948 Hemlock Lane
Northfield, OH 44067-2235


G. Anne DePhillips
10793 Waterfall Rd.
Strongsville, OH 44149


Garcon Weiss Trst Thomas Stickney TTEE
Thomas Stickney 2006 Detroit Rd., #200
Rocky River, OH 44116


GFInvest LLC
Attn: Jonathan Geiber
19 Westridge Dr.
West Hartford, CT 06117


Glenn Lytle Jr IRA
 28011 Clemens Rd., Ste B
Westlake, OH 44145


Greene Family Trust
17469 Wedgefield Dr
Rock Hill, SC 29732-8111


Gregory O'Brien
16570 Mohican Trl
Chagrin Falls, OH 44023


Gregory R. Robb IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Gregory Robb
986 Nathan Dr.
Kent, OH 44240


Harlan Wilk
829 Martindale Dr.
Tallmadge, OH 44278


Heath B Sunkle
2587 Pointewood Loop
Galena, OH 43021-8576
```

Ignite Investment
Jill Banner 28011 Clemens Rd., Ste B
Westlake, OH 44145


IPlanGroup Agent for Custodian FBO Alex
28011 Clemens Rd, Suite B
Westlake, OH 44145


J&U Partnership
Jonathan Haines 1420 River Trail Dr.
Kent, OH 44240


Jack Duncan Investments
7112 Chadwood Lane Apt 2C
Columbus, OH 43235


James and Alice Mecredy Charitble Trust
Thomas Stickney, Trustee
2006 Detroit Rd., Ste 200
Rocky River, OH 44116


James Irvine
16435 Selby Circle
Strongsville, OH 44136


James Irvine IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


James M. Davis
34 W. Aurora ZRd.
Northfield, OH 44067


Janet W. Bergan
32235 Country Club Dr.
Avon Lake, OH 44012


Jason Banner IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Jaswon Henkel
948 Hemlock Lane
Northfield, OH 44067


Jeff Leciejewski
2041 Arthur Ave
Lakewood, OH 44107


Jeff Leciejewski IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Jeffrey Capiocco IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

Jennifer Malcolm
9584 Taberna Lane
Olmsted Falls, OH 44138


Jeremy Henkel
6501 Red Hook Plaza, Ste 201
St Thomas, VI 00802


Jeremy J Onky
6545 Ruth Dr.
Independence, OH 44131


Jerry Hughes IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Jesse G Watts
24518 Ronan Rd.
Bedford, OH 44146


Jill Banner
28011 Clemens Rd., Ste B
Westlake, OH 44145


John A. D. Hamilton
266 Elmwood Ave, #212
Buffalo, NY 14222


John Boyle IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


John D Gugliotta
3020 W Market St.
Akron, OH 44333


John Hamilton Roth IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


John J Alberty
14899 Lancelot Lane W
North Royalton, OH 44133


Joltcms Holding Company LLC
2376 Grant Ave.
Cuyahoga Falls, OH 44223


Joseph A. Corradetti
5512 Turnberry Ln
Cleveland, OH 44143-2113


Joseph D Carney IRA
28011Clemens Rd., Ste B
Westlake, OH 44145

Joseph Evinsky II IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Justin Gates
1501 Jacobs Ln
Kent, OH 44240


Karen A. Keating ROTH IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Karen E. Timko ROTH IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Kari Simeone
4684 Crew Hood Rd
Girard, OH 44420


Karl E. Krauss
4419 E Lake Rd.
Sheffield Lake, OH 44054


Kathy Torok
28011 Clemens Rd., Ste B
Westlake, OH 44145


Khoury Family Revocable Living Trust
Habib J. Khoury, Co-Trustee
30604 Royal Woods Pl
Westlake, OH 44145


Kim Cahuas 401(k)
Kim Cahus TTEE
Western Reserve Te3chnology Ltd 401(k) 3
Solon, OH 44139


Kim Cahus Roth IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Lantern Waste, LLC
Thomas Stickney
20006 Detroit Rd., Ste 200
Rocky River, OH 44116


Lantern WEaste LLC
Attn: Thomas Stickney
20006 Detroit Rd., Ste 200
Westlake, OH 44145


Larry D. Giovinazzo
PO Box 682
Kent, OH 44240

Larry Moore Investments
24570 West River Rd
Perrysburg, OH 43551


Lena Owens-Craig
1508 Pine St.
Ada, OK 74820


Linda A. Alberty
8056 Long Forest Dr.
Brecksville, OH 44141


Linda Habinak IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Linda Kay Coleman
8803 Appleseed Dr
Cincinnati, OH 45249


Lindsay Cipriano IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


LJ3 Ltd
Jonathan P. Lewis PO Box 29
Bluffton, OH 45817


Lonnie Geiber and Karen E. Timko
19 Hastings Turn
Avon, CT 06001-2441


Loren David DeFrench, Jr.
72 Kennedy Blvd
Northfield, OH 44067


Louis R. Forbrich, III
430 Inspiration Lane
Gaithersburg, MD 20878


Lynn Schreiber
2734 Weymouth Rd.
Medina, OH 44256


M & M Management Solutions LLC
355 Crossbrook Drive
Berea, OH 44017


M&M Management Solutions, LLC
Chritopher Mokris 355 Crossbrook Dr.
Berea, OH 44017


Margaret Warner IRS
28011 Clemens Rd., Ste B
Westlake, OH 44145

Margarita Geller IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Margarita I Geller
CMR 467 Box 3325
APO, AE 09096


Mark DePhillips
1799 Farrs Garden Path
Westlake, OH 44145


Mark J. Valponi Trust dated 9/28/17
Mark J. Valponi, Trustee
4795 East Lake Rd.
Sheffield Lake, OH 44054


Mark Wasylyshyn
MGW Rentals LLC 21630 Carter Rd
Bowling Green, OH 43402


Marsha K. Ferrel
2872 Canterbury Rd.
Westlake, OH 44145


Martin Tarr
16213 Marquis Ave.
Cleveland, OH 44111


Mary Greenlee Roth IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Mary Liko IRA
28011Clemens Rd., Ste B
Westlake, OH 44145


Matthew Hampton
PO Box 5617
37884


Maureen P. Lynn
2289 Stillman Rd.
Cleveland, OH 44118


Max Adam Gucik
8615 Scenic View Dr., Unit 202
Broadview Heights, OH 44147


Maximum Value Partner, LLC
2425 Winesap Dr.
Broadview Heights, OH 44147


McScott Ltd
485 Riley St.
Bluffton, OH 45817

Michael A. Titus
2732 Albrecht Ave.
Akron, OH 44312


Michael Boske
10411 Hoover Ave., NW
Uniontown, OH 44685


Michael Gales 401(k)
c/o iPlan Group Michael Gales, TTEE
MGGG, LLC 20658 Castlemaine Cir
Strongsville, OH 44149


Michael Micha IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Michael POelton IRS
28011 Clemens Rd., Ste B
Westlake, OH 44145


Mike Monds
4449 Lynn Rd.
Ravenna, OH 44266


Montana Tolle
10806 Northwoods Forest Dr.
Charlotte, NC 28214


Neil A. Stallard
8619 Courtand Dr.
Bedford, OH 44146-1237


Newbomb Design, LLC
20016 Carolyn Ave.
Rocky River, OH 44116


News Venture LLC
12140 Deerfield Dr.
Avon Lake, OH 44012


News Ventures LLC
32140 Deerfield Dr.
Avon Lake, OH 44012


OCMIH, LLC
29004 Westwood Rd.
Bay Village, OH 44140


Parallel Horizons Group LLC
4456 N Abbe Rd, #301
Sheffield Lake, OH 44054


Patricia Endrei Roth IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

Paul E Hochok
7709 Peachmont Ave SW
North Canton, OH 44720


Paul Endrei Roth IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Rich Bewley
38374 Misty Meadow Trail
North Ridgeville, OH 44039


Richard Sholtis
365 N Pine St.
Spangle, WA 99031


Richard Wildman IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Robert Carlson IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Robert D. Frisina
30 Jefferson Dr.
Hudson, OH 44236


Robert G. Kruty
2035 Crocker54 Rd., #103
Westlake, OH 44145


Robert Hudy Roth IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Robert J. Sholtis
CMR 476 Box 965
APO, AE 09096


Robert Kollar Jr IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Robert M. Kaminski
6283 Carol Dr.
Brookpark, OH 44142


Roger Burzanko IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Ronald I Koehnle Trust
Ronald L Koehnle 945 Creek View Dr.
Aurora, OH 44202

Russel J. Schneider Jr
3534 Perry Ct.
Lorain, OH 44053


Ryan S. Berry Roth IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Samuel E Milliron
72 Tinley Park Circle
Delaware, OH 43015-7066


Samuel J. Williams
63 Gaylord Dr.
Munroe Falls, OH 44262-1111


SFW-SSB Investments LLC
6610 Morningside Dr.
Brecksville, OH 44141


Shot Shop Investments LLC
Attn: John Ziss
5001 Chloe Ln
Mechanicsburg, PA 17050


Speedy Investments LLC
Jonathan Lewis PO Box 29
Bluffton, OH 45817


Stealth Ventures, LLC
Attn: Craig Sturgill
382 NE 191st St., #81503
Miami, FL 33179


SteLee Enterprise, Inc
Steven Englehart 1881 W. Walling Rd.
Broadview Heights, OH 44147


Stephen A. West
315 Laurel Rd.
Huron, OH 44839


Steven Chervak
2227 Kempton Park Circle
Bel Air, MD 21015


Steven Englehart IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Steven Gelernter
711 Benjamin Franklin Dr
Sarasota, FL 34236

Susan Portik IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Tanya Henkel
948 Hemlock Lane
Northfield, OH 44067


TDPH Partnership
Joshua Dolesh 1 Eagle Valley Ct., #201
Broadview Heights, OH 44147


Terence J. Gliha Roth IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Terry A. Hamilton IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Thaddeus Kee
6354 Akron Ave NW
Canal Fulton, OH 44614


The Martha Ann Weiss Trust
Thomas Stickney, Trustee
2006 Detroit Rd., Ste 200
Rocky River, OH 44116


The Nancie J. Smith Revocable Trust
320009 Shadow Creek Dr.
Westlake, OH 44145


Theodore A. Wojton
8428 Muirland Dr.
Broadview Heights, OH 44147


Thomas B Brunt
1106 Pittsburg Ave., NW
North Canton, OH 44720-5894


Thomas Ference IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Thomas G Smith
30409 Hilliard Blvd
Westlake, OH 44145


Thomas J Lee Trad IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Timothy J Drake
5845 Nicholson Dr.
Hudson, OH 44236

Tobin J Jurging, Beneficiary of
William Jurging DCD 10/27/18
  Inherited IRA 28011 Clemens Rd., Ste B
Westlake, OH 44145


Tobin JU Jurging
6797 Hudson Rd.
Kent, OH 44240


Tod Hulse IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Todd Kreinbrink IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145


Tracy L. Sorboro
7544 Tiber Ct.
Macedonia, OH 44056


Troy M. Hawkins
PO Box 23
Delphi, IN 46923


Vall A. lliev
4323 Lorwood Dr.
Stow, OH 44224


Vallmar Studios, LLC
4319 Lorwood Drive
Stow, OH 44224


Walter Grever
3790 Meadow Gateway
Broadview Heights, OH 44147


Wayne Serra
377B Lear Rd., Suite 160
Avon Lake, OH 44012


Will Franklin
12506 Beaver Lodge Rd.
Stafford, VA 22556


Yuri J. Ostapiuk IRA
28011 Clemens Rd., Ste B
Westlake, OH 44145

# United States Bankruptcy Court
## Northern District of Ohio, Akron Division

In re    ShotStop Ballistics LLC                               Case No. _____

                                      Debtor(s)                 Chapter     7 _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  ShotStop Ballistics LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 3, 2024
Date

/s/ Peter Tsarnas

Peter Tsarnas 0076934
Signature of Attorney or Litigant
Counsel for   ShotStop Ballistics LLC
Gertz and Rosen, Ltd.
159 S. Main Street, Suite 400
Akron, OH 44308
(330) 255-0735  Fax:(330) 932-2367
ptsarnas@gertzrosen.com