| Case No.: | 24-50656 | | Trustee Name: | Julie K. Zurn |
|---|---|---|---|---|
| Case Name: | SHOTSTOP BALLISTICS LLC | | Date Filed (f) or Converted (c): | 05/04/2024 (f) |
| For the Period Ending: | 12/31/2024 | | §341(a) Meeting Date: | 06/11/2024 |
| | | | Claims Bar Date: | 09/19/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Bank Account Balances | $95,469.01 | Unknown | | $95,400.70 | FA |
| Asset Notes: | Per Schedule B - Key Bank 9207 - $50,418.95; Key Bank 1489 - $40,070.06; Key Bank 0114 - $4,980 Petition Date Statements to be provided | | | | | |
| 2 | Accounts Receivable over 90 days | $261,546.68 | $1.00 | | $0.00 | $1.00 |
| Asset Notes: | Trustee to be provided with more detail on accounts outstanding | | | | | |
| 3 | Ballistic Board LLC, wholly owned by Shotstop Ballistics LLC | Unknown | $1.00 | | $0.00 | FA |
| Asset Notes: | Financial records to be provided to Trustee; | | | | | |
| 4 | Various Patents, Patents Pending and Trademarks | Unknown | $1.00 | | $0.00 | $1.00 |
| Asset Notes: | Trustee reviewing information provided by debtor to date; Exploring sale possibilities | | | | | |
| 5 | Tax Refund (u) | $0.00 | $17,881.49 | | $17,881.49 | FA |
| 6 | Premium Refunds (u) | $0.00 | $169.90 | | $0.00 | FA |

**TOTALS (Excluding unknown value)** | | $357,015.69 | $18,054.39 | | $113,282.19 | **Gross Value of Remaining Asset** $2.00 |

**Major Activities affecting case closing:**

| 12/11/2024 | evaluating assets/financials; exploring sale value of intellectual property |
| 12/09/2024 | faxed rqst to reissue ck to OH Worker's Comp |
| 12/06/2024 | NSF deposit emailed Bank did you run 2 times and aren't chargeback fees waived? |
| 06/11/2024 | Trustee, with the assistance of counsel, will evaluate value of intellectual property, accounts receivable, liquid assets, Ballistic Board, LLC, and will investigate potential avoidance and other causes of actions based on prepetition transfers |
| 05/23/2024 | trustee evaluating case; m/c 6/11/24 |

**Initial Projected Date Of Final Report (TFR):** 12/31/2025  **Current Projected Date Of Final Report (TFR):** 12/31/2025

/s/ JULIE K. ZURN
JULIE K. ZURN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| **Case No.** 24-50656 | **Trustee Name:** | Julie K. Zurn |
| **Case Name:** SHOTSTOP BALLISTICS LLC | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** **-***7416 | **Checking Acct #:** | ******0120 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 01/01/2024 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** 12/31/2024 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/16/2024 | (1) | Debtor | Closing balance from 3 accounts | 1129-000 | $95,400.70 | | $95,400.70 |
| 07/31/2024 | (5) | United States Treasury | Refund | 1224-000 | $17,881.49 | | $113,282.19 |
| 07/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $138.05 | $113,144.14 |
| 08/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $162.74 | $112,981.40 |
| 09/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $141.22 | $112,840.18 |
| 10/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $141.05 | $112,699.13 |
| 11/29/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $140.87 | $112,558.26 |
| 12/02/2024 | (6) | Ohio BWC | Employer Premium Refund - ck came back NSF from bank 12/05/24 | 1229-000 | $169.90 | | $112,728.16 |
| 12/09/2024 | | Pinnacle Bank | Refund of Bank Service Charge | 2600-000 | | ($15.00) | $112,743.16 |
| 12/10/2024 | (6) | DEP REVERSE: Ohio BWC | Employer Premium Refund - ck came back NSF from bank 12/05/24 | 1229-000 | ($169.90) | | $112,573.26 |
| 12/10/2024 | | Pinnicle Bank | NSF chargeback Fee | 2600-000 | | $15.00 | $112,558.26 |
| 12/20/2024 | 5001 | Insurance Partners | Inv 1652932 2024-25 | 2300-000 | | $46.38 | $112,511.88 |
| 12/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $140.71 | $112,371.17 |

SUBTOTALS  $113,282.19  $911.02

| | | |
|---|---|---|
| **Case No.** | 24-50656 | |
| **Case Name:** | SHOTSTOP BALLISTICS LLC | |
| **Primary Taxpayer ID #:** | **-***7416 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 01/01/2024 | |
| **For Period Ending:** | 12/31/2024 | |

| | |
|---|---|
| **Trustee Name:** | Julie K. Zurn |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0120 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $113,282.19 | $911.02 | $112,371.17 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $113,282.19 | $911.02 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $113,282.19 | $911.02 | |

**For the period of 01/01/2024 to 12/31/2024**

| | |
|---|---:|
| Total Compensable Receipts: | $113,282.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $113,282.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $911.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $911.02 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/16/2024 to 12/31/2024**

| | |
|---|---:|
| Total Compensable Receipts: | $113,282.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $113,282.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $911.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $911.02 |
| Total Internal/Transfer Disbursements: | $0.00 |

| | |
|---|---|
| Case No. | 24-50656 |
| Case Name: | SHOTSTOP BALLISTICS LLC |
| Primary Taxpayer ID #: | **-***7416 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 01/01/2024 |
| For Period Ending: | 12/31/2024 |

| | |
|---|---|
| Trustee Name: | Julie K. Zurn |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0120 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $113,282.19 | $911.02 | $112,371.17 |

**For the period of 01/01/2024 to 12/31/2024**

| | |
|---|---:|
| Total Compensable Receipts: | $113,282.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $113,282.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $911.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $911.02 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/16/2024 to 12/31/2024**

| | |
|---|---:|
| Total Compensable Receipts: | $113,282.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $113,282.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $911.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $911.02 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JULIE K. ZURN

JULIE K. ZURN